**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:18-CV-00957-RBJ

GRANTLAND DEINES,

    Plaintiff,

v.

ANADARKO PETROLEUM CORPORATION,

    Defendant.

---

**STIPULATION FOR DISMISSAL**

---

COME NOW Plaintiff Grantland Deines, and Defendant Anadarko Petroleum Corporation, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby submit this stipulation for dismissal.

Since the Parties' filing of the Joint Motion to Continue Scheduling Conference and Deadline to File Proposed Scheduling Order (Doc. #15), Plaintiff has concluded that he needs to add additional Parties to the lawsuit. The additional Parties are Colorado residents and, therefore, their inclusion in the lawsuit will eliminate the sole basis for federal jurisdiction in this case, i.e., "diversity of citizenship."

Wherefore, the Parties submit this stipulation for dismissal to avoid this anticipated jurisdictional deficiency.

The Parties request that all costs of this action be borne by the Party incurring same.

DATED: August 22, 2018.

2

| | |
|---|---|
| */s/R. Blake Brunkenhoefer* | */s/ Jessica M. Schmidt* |
| R. Blake Brunkenhoefer | Jessica M. Schmidt (#37928) |
| Brian A. Calandra | HOLLAND & HART LLP |
| RAMOS LAW, L.L.C. | 555 17th Street, Suite 3200 |
| 3000 Youngfield Street, Suite 200 | Denver, CO  80202 |
| Wheat Ridge, CO 80215 | Tel:  (303) 295-8141 |
| blake@ramoslaw.com | jmschmidt@hollandhart.com |
| brian@ramoslaw.com | |
| | Joe M. Teig, P.C. (#14890) |
| **ATTORNEYS FOR PLAINTIFF** | Susan L. Combs (WY #06-4023) |
| **GRANTLAND DEINES** | HOLLAND & HART LLP |
| | P.O. BOX 68 |
| | Jackson, WY  83001 |
| | Tel:  (307) 739-9741 |
| | jteig@hollandhart.com |
| | slcombs@hollandhart.com |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **ANADARKO PETROLEUM CORPORATION** |